# CASES DISMISSED BY THE COURT DURING JANUARY TERM, A. D. 1911, WITHOUT WRITTEN OPINIONS.

C. C. Rawls, et al., Appellants, v. Arthur D. Hodge, Appellee.

Appeal from the decree of the Circuit Court for Marion County.

Appeal dismissed on præcipe of counsel for Appellants.

R. L. Anderson, for Appellants;

W. K. Zewadski and R. McConathy, for Appellee.

---

State of Florida, Plaintiff in Error, v. Hugh C. Bethea, Defendant in Error.

Writ of error to a judgment of the Circuit Court for the County of DeSoto.

Writ of error dismissed on præcipe of counsel for Plaintiff in Error.

Park Trammell, Attorney General, and H. S. Phillips, for Plaintiff in Error;

J. W. Burton, for Defendant in Error.